IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-00883-ZLW

KENT NORMAN, also known as,
ROBERT KETCHUM, also known as,
ROBERT H. KETCHUM, also known as,
R.H. KETCHUM, also known as,
BOB KETCHUM, also known as,
KENT C. NORMAN, also known as,
KENT CHARLES NORMAN,

              Plaintiff,

v.

BILL RITTER, Governor of Colorado,
ATTORNEY GENERAL OF COLORADO,
COUNTY OF PUEBLO,
CITY OF PUEBLO, and
MINNEQUA MEDI CENTER,

              Defendants.

---

ORDER TO CURE DEFICIENCY

---

Weinshienk, Senior Judge

    Plaintiff submitted a Notice of Appeal on May 4, 2010 . The court has determined that the document is deficient as described in this order. Plaintiff will be directed to cure the following if he wishes to pursue this appeal.

**(A)**   **Filing Fee**
      <u> X </u>   is not submitted

**(B)**   **Motion and Affidavit for Leave to Proceed on Appeal Pursuant to 28 U.S.C. § 1915 and Fed. R. App. P. 24**:
      <u> X </u>   is not submitted
      <u>   </u>   is not on proper form (must use the court's current form)

    \_\_ is missing original signature by plaintiff/petitioner on motion
    \_\_ is missing affidavit
    \_\_ affidavit is incomplete
    \_\_ is missing original signature by plaintiff/petitioner on affidavit
    \_\_ affidavit is not notarized or is not properly notarized
    \_\_ other_____

Accordingly, it is

ORDERED that Plaintiff cure the deficiencies designated above within 30 days from the date of this order. Any papers that Plaintiff filed in response to this order must include the civil action number on this order. It is

FURTHER ORDERED that the Clerk of the Court mail to Plaintiff, together with a copy of this order, an original and one copy of the following forms: Motion and Affidavit for Leave to Proceed on Appeal Pursuant to 28 U.S.C. § 1915 and Fed. R. App. P. 24. It is

FURTHER ORDERED that, if Plaintiff fails to cure the designated deficiencies within thirty (30) days from the date of this order, the court of appeals will be so notified.

DATED at Denver, Colorado, this  6th   day of   May  , 2010.

BY THE COURT:


     s/Philip A. Brimmer
PHILIP A. BRIMMER
United States District Judge, for
ZITA LEESON WEINSHIENK, Senior Judge
United States District Court